No. 95–2072.  SZENAY *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 95–2091.  SHARP ET AL. *v.* MYERS, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF MYERS, DECEASED, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 95–9119.  RUIZ ET AL. *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 95–9216.  BENNETT *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 95–9222.  NICKELSON *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 95–9282.  MELVIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–9320.  CUCH *v.* UNITED STATES; and
No. 95–9373.  APPAWOO *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.  Reported below: 79 F. 3d 987.

No. 95–9336.  HEDRICK *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 95–9420.  SPRING *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 95–9445.  HARRISON *v.* FLOYD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–11.  CAL-ALMOND, INC., ET AL. *v.* UNITED STATES. C. A. Fed. Cir.  Certiorari denied.

No. 96–140.  SOBOCINSKI *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 96–160.  KENTUCKY STATE POLICE DEPARTMENT ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 6th Cir.  Certiorari denied.